**FILED**

**NOV 19 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE, #31609-001-B
F.P.C. MAXWELL A.F.B.        MOBILE-B
  Relator /Plaintiff,
MONTGOMERY, ALABAMA 36112
VS.

THE CONGRESS OF THE UNITED-
-STATES, and-

1 DAVIS, ARTUR, REP.
  208 CHOB-Washington, D.C. 20515

2 DREW, DARLENE, WARDEN-
  -FPC Maxwell AFB, MONTGOMERY,AL. 36112

3 KYL, JOHN,U.S. Senator, 20510-0304
  730 SHOB ,WASH. D.C.

4 LAPPIN, HARLEY, Director -&-
  Federal Bureau of Prisons, Wash., D.C.

5 LEAHY, PATRICK J., Senator/Chairman
  433 SROB,   WASH., D.C.  20510-4502

6 SCHUMER, CHARLES, Senator
  313 SHOB   ,WASH., D.C. 20510-3203

7 SESSIONS, JEFF, U.S. Senator
  335 SROB   WASH, D.C.

8 SPECTER, ARLEN, Senator
  711 SHOB, Washington, D.C. 20510

9 GEISLER, PETER,
  Acting U.S. Attorney General,
-& OFFICE OF THE ATTORNEY GENERAL;
      -RESPONDENTS/DEFENDANTS.

CASE No._____

Case: 1:07-cv-02123
Assigned To : Robertson, James
Assign. Date : 11/19/2007
Description: Pro Se General Civil

U.S. DEPT. OF JUSTICE
OFFICE OF PROFESSIONAL-
RESPONSIBILITY, 20 Massachusetts
-Ave., N.W. Suite 1500
WASHINGTON, D.C., 20530

-&- TROY KING, ATTORNEY GENERAL
STATE OF ALABAMA, Montgomery,
Al., 36130 ,
/ - Notified Parties.

5 U.S.C. § 702

42 U.S.C. §1985(3);§1986

-SUIT IN OUTRAGE-

Verified Criminal Complaint of Civil Rights Conspiracy
SEEKING MANDATORY INJUNCTION AND ENFORCEMENT  OF  DUTY TO ACT.

(I.)

## JURISDICTION

This suit is brought for enforcement of legal-duty, and-

-This Court has Jurisdiction by Title 28 U.S.C. **§1331, §1343.**
This Complaint is brought directly by The Authority contained
in the Fundamental Law of The United States Constitution, and
in aid of Jurisdiction,Injunction, Plaintiff cites **28 U.S.C.**
**§1651, (a)(b);** and Administrative Waiver of Sovereign Immunity
contained in **Title 5, U.S.C. §702.** Plaintiff  further  cites
**Article 6, Cl 3,** and that the jurists of this Court are bound,
as are the Senators, representatives and executive branch, by
Oath and Affirmation to uphold the United States Constitution.

## CONSTITUTIONAL AUTHORITIES

| | |
|---|---|
| **Article 6, Clause 2;** | **AMENDMENT §4,** §Warrants §Seizure |
| **Article 6, Clause 3;** | **AMENDMENT §5,** §DUE PROCESS ** |
| **ARTICLE III,§2,cl.1** | **AMENDMENT 14,** §States,*§Fairness |
| | *§FALSE IMPRISONMENT |
| | **AMENDMENT §8,** Cruel and Unusual- |
| | -Punishments. |

"When Plaintiff brings suit to enforce
legal obligations it is not any less case
or controversy upon which court possessing
federal judicial power may rightly give
judgement, because plaintiff's claim is
uncontested or incontestable"
**Pope v. United States,** (1944) 323 U.S.
-1, 89 L Ed 3, 65 S Ct 16.

"There can be no doubt of jurisdiction
and power of Federal District Courts to
grant mandatory injunction".
**John C. Winston Co. v. Vaughan** (1935, DC
Okla) 11 F Supp 954, affd (1936, CA10
Okla) 83 F2d 870.

## FUNDAMENTAL QUESTIONS

**HAVE THE COURTS AND CONGRESS OF THE UNITED STATES CONDONED THE SEIZURE AND KIDNAPPING OF AMERICAN CITIZENS FROM THEIR HOMES BY CORRUPT COPS WHO CONCOCT THEIR OWN FAKE ARREST WARRANTS??**

## ISSUE OF NATIONAL IMPORTANCE

Plaintiff submits that it is an-**ISSUE OF NATIONAL-IMPORTANCE AND PUBLIC CONCERN**-when any American can be <u>Seized from their Homes</u> at the discretion of Police who forge **Fake** "Arrest Warrants" and manufacture **"Probable Cause"** and then corrupt Government lawyers assist them in covering up the crimes, while the Courts of The United States refuse to hear the irrefutable facts that The Constitution and Due Process of Law, have been **"thrown in the -trash"** in this case, and **"The Emperor Has No -clothes"**.

## CONGRESSIONAL JURISDICTION

When the Courts of The United States fail to uphold the Constitution, certainly the Congress has the **Power**, Obligation and **Duty** to correct and restore the Due and Orderly Process of Law:

**"Congress has the Authority to overrule wrongly decided -cases"**
<u>**WESSON V. UNITED STATES**</u>, 48 F 3d 894,901,(5th Cir. 1995)

**"Congress...may cure any error made by the Courts."**
<u>**SCHOOL DIST. OF CITY OF LADUE**</u>, 728 F.2d 1030, 1034 (8th Cir.--1984)(en banc)

(III.)

## SYNOPSIS OF COMPLAINT

THIS COURT, THE CONGRESS and The named Defendants **HAVE DUTY -TO ACT** in this Case by their **OATH of Article 6, cl.3, U.S.-Constitution**. The Defendants and Courts of The United States have **Previously been DULY NOTIFIED** of this citizen's **Egregious circumstance** where he has been **unable to ENFORCE THE BASIC LAWS OF THE UNITED STATES, and it's Protections and Guarantees to every citizen**, and where Plaintiff REMAINS A **HOSTAGE**, having first been **SEIZED FROM HIS HOME** by Fraud and Felony of The Jefferson County, Alabama Sheriff's Dept. by use of **COMPLETELY -PHONY DOCUMENTS ONLY PURPORTING TO BE "ARREST WARRANT" AND "PROBABLE CAUSE" AFFIDAVIT**, in violation of **State and Federal CRIMINAL STATUTES**, and **The FOURTH, FIFTH AND FOURTEENTH-AMENDMENTS**. Then seized in an **UNBROKEN CHAIN OF STATE TO FEDERAL CUSTODY**, Plaintiff, as State **Detainee** was illegally transferred to Federal Authorities from County Jail when he filed a State Writ of Habeas Corpus contesting the so called-"Arrest", which was and is a literal **-KIDNAPPING**.

The State local District Attorney transferred Plaintiff in violation of State law prohibiting such transfer for the **Express purpose of covering up and concealing the fact of FAKE-Warrant** Copy. Federal Auhtorities, including th **U.S. Attorney at Birmingham AL.**, knowingly assisted the District-Attorney in the cover up, and **created** a Federal Cause of Action to the Same **BAD STATE FACTS**-even while the same facts were -**Simultaneously** contested by -**Ex-Parte**- State Habeas Corpus as an illegal arrest. In a litany of unlawfulness, Federal-Authorities Ruthlessly Conspired with outlaw State officials whereby **Plaintiff Remains deprived of Rights and Freedoms**.

(IV.)

## -COMPLAINT-

Plaintiff, a citizen of ONE of The United States, is a victim of Seriously Unconstitutional Malfeasance, has been "secreted -away" for the past Four Years in UnAuthorized and Unjustified Confinement, first by lawless State of Alabama Authorities, who abducted him from his HOME by use of FAKE ARREST WARRANT AND -FICTITIOUS "PROBABLE CAUSE" AFFIDAVIT, and when as a State- -Detainee-this citizen filed a State Writ of Habeas Corpus contesting that arrest, which actually constituted a Kidnapping, The local District Attorney then Conspired with former employee and other Associates in The Federal System to create a Federal Cause of Action to the very same Bad State Facts. The D.A. David Barber, of the 10th Judicial District, Jefferson County, Alabama at Birmingham, AL., did then proceed in violation of basic Due Process, and in violation of State of ALabama Law prohibiting transfer of State Habeas Petitioner, then and there did transfer this State Detainee to Assistant U.S. Attorney John Bradley Felton-and U.S. Attorney, Alice H. Martin at The Northern District of Alabama, who wilfully assisted the D.A. in violation of State Law, to invoke a Federal Cause of Action by artifice and scheme, Fraud and Felony, for the express purpose of covering up and concealing the irrefutable fact that County/State Officers V.W. TICE AND LT. PAUL LOGAN of The Jefferson County, Sheriff's Dept. did Manufacture Fake Arrest- Instruments without any Judicial Authority, and use same to KIDNAP this Plaintiff.

An illegal Federal trial was commenced to the Same Bad State Facts, while the same facts remained on Ex-Parte Habeas-Corpus-

**(PAGE ONE)**

## -COMPLAINT-

--in The State of Alabama Court of Criminal Appeals,-Ex-Parte-for the local D.A.'s refusal to answer the State Writ. Thus, in an **Unbroken chain of State to Federal Custody on the same Kidnap-Facts**, a Federal Trial, **No. Cr-04-B-0176**, was conducted by Subterfuge, and **WITHOUT PERSONAL JURISDICTION; WITHOUT-SUBJECT-MATTER JURISDICTION**-and **without legitimate evidence of the crime charged**, had the Federal proceedings been legal.

The State Habeas Petition was Dismissed, along with the Fraudulent State "Charges" of "Theft by deception", without any adjudication of the merits of The Illegal State Arrest contested in the Ex-Parte State Habeas Petition, in deference to Federal-"prosecution" of **THE SAME BAD STATE-KIDNAP-FACTS**, then charged as making, possessing, uttering a Counterfeit-(same check used in **State** "theft" "charge")-Security, or single violation of Title 18, U.S.C. §513(a).

This Plaintiff, as Federal Defendant, continued to insist the State Arrest-**False/Illegal**, and would not plead guilty, as he was, and remains, **also actually innocent**, would he have been **legally**-Arrested on the "theft" facts involving a counterfeit check. Instead, he continued to demand copy of The State Arrest Warrant and supporting Affidavit. The **A.U.S.A., John Felton,** then allowed the Corrupt Jefferson County, ALabama-**Kidnappers**-to appear in U.S. District Court, where with the most outrageous audacity, the Alabama County Cops -**Produced FAKE STATE ARREST WARRANT** and **"PROBABLE CAUSE AFFIDAVIT"**-and-The A.U.S.A. then--in Criminal cahoots, -**ENTERED THE FAKE STATE ARREST DOCUMENTS**-

**(PAGE TWO)**

### -COMPLAINT-

--**ON THE RECORD OF THE U.S. DISTRICT COURT**, apparently in a desperate effort to **represent** the **FAKE** Instruments as -legitimate, and in effort to protect his former boss' -D.A. David Barber's **C**orrupt Cops-and Jefferson County, Alabama, from criminal and civil liability, by criminal abuse of this Plaintiff and The Office of The Attorney General of The United-States.

A.U.S.A John Bradley Felton, along with his current boss, -U.S. Attorney **Alice H. Martin,** did agree, assist and Seditiously Conspire to delay, hinder and prevent the enforcement of the laws of The United States, and together and with others did Feloniously Conspire to wilfully deprive this Plaintiff and citizen of The Protections and Guarantees of The United States Constitution, while representing the same as legitimate business of The Office of The Attorney General of The United States.

But, the Conspiracy did not stop there. **Plaintiff, as Federal Defendant,** did not know the Fake State Arrest Warrants, were in fact Fictitious Boot-leg instruments, at that time. He did know, and did **Object Ad Nauseum times**, after examination of The Fake Warrants, that these **DID NOT CONTAIN ANY PROBABLE CAUSE-OR OTHERWISE DESCRIBE ANY CONDUCT** that even the Government claimed this (then defendant) participated in. Instead the State Instruments **contained the EXCLUSIVE CONDUCT of Another.** while this would be known to be a **Clear Fourth Amendment Violation-** to a First Year Law Student-**(The "Four Corners Doctrine")-**

**(PAGE THREE)**

-the U.S. District Court Judge, <u>SHARON LOVELACE BLACKBURN</u>, made overt effort to otherwise convince then Federal Defendant, that it was "O.K. to put-(this Plaintiff's)-name on the State -document purporting to be a Warrant. Even after the supposed affiant of the Fake Instruments, victim of the State theft crime, Bobbie Jackson, testified in open Federal Court that **contrary to the "Probable Cause" affidavit's content, she had "never seen this-(then defendant)-before, and that she has "NO PERSONAL KNOWLEDGE THAT THIS (THEN DEFENDANT)-HAD COMMITTED ANY CRIME, and that she "just got it all from Authorities"**-meaning the County cops who had induced the victim,-without any Judicial Appearance regarding the Probable Cause Affidavit, to sign a **Perjured and Fictitious "Probable Cause" Affidavit** indicating that she had appeared in front of a Judge, where again, the <u>irrefutable fact</u> was and is, these "instruments" were and are completely-<u>Phony</u>), the Judge, **Blackburn,** <u>**OVERRULLED THE SIMPLE LANGUAGE OF THE FOURTH AMENDMENT-OBJECTION**</u>, thereby acting in the face of the Fundamental Law of The United State's Constitution, knowing that the fact of Fraudulent Probable Cause alone, disallowed **Jurisdiction of that Court, yet continued , herself in Seditious Conspiracy, to Delay, Hinder and Prevent the Enforcement of The Fundamental Laws of The United States,** where Judge Blackburn and A.U.S.A. John Felton, even allowed the Corrupt Cops to bring so called "Evidence"-with no Chain of Custody, having No other legitimate evidence of the crime charged, and this done in effort and pretense of appearance of legitimate proceedings.

Plaintiff was subsequently convicted in a **"bench trial"** by Judge Blackburn, where this was opted for in erroneous belief-

-COMPLAINT-

-by this (then Defendant) that the Court would be better suited than an actual jury, to understand the Law governing the sufficiency of Warrants, as opposed to the facts of the case, and that Justice would be afforded. Instead, Judge Blackburn seditiously conspired with the others in a litany of Unlawfulness and other **Ruthless** Malfeasance which is shown on-record in Case no. **Cr-04-B-0176-S, there apparent and obvious to any doubt,** that the trial was a travesty, SHAM, and Mockery.

Plaintiff appealed, by direct appeal to The Eleventh Circuit his conviction, Judicial misconduct and **False Arrest Issue of** the "Probable Cause" Affidavit/Arrest Warrant. In Continued Conspiracy to protect **Judge Blackburn's Malfeasance,** affirmed this Defendant's conviction. After being presented with **Proofs-Positive of False Arrest,** U.S. Appeals COurt Judges, **Gerald Tjoflat** **Charles Wilson and R.Lanier Anderson, III,** returned a **"DO NOT PUBLISH"** Opinion upholding **this Defendant's State Arrest-by** citing **Case Law concerning Probable Cause for a -WARRANTLESS-** **-ARREST,** ignoring the fact that Plaintiff was Seized from his HOME and that the document (purporting to be "Arrest Warrant" contained the exclusive conduct of another, and where victim Bobbie Jackson's transcripted testimony was included in the Appeal-as **Proof Positive of Fourth Amendment violation.** These Appellate Court Judges thus apparently -**Knowingly assisted in** **Seditious Conspiracy, to prevent, delay and hinder the law of** **the United State's Constitution,** and Denied Due Process in that Court while depriving this Plaintiff of rights under color of Law, and acting as principal to **Kidnapping.**

(PAGE FIVE)

Committed to Prison, Plaintiff contacted the Jefferson County, Alabama CLerk, Anne Marie Adams, and demanded certfied copy of the State Arrest Warrant and Probable Cause Affidavit used to Seize Plaintiff from his HOME and subsequently entered on the -Record of The U.S. District Court as legitimate cause for a Federal Trial. Clerk Adams wrote Plaintiff a letter in Prison stating that the Documents Purporting to "State Arrest Warrant" and "probable cause" affidavit,containing File No.418453, and she there stated that same were -**UNRECORDED in the very office that they purport-"Issuance"**. It was then and there apparent the reasons for the State and Federal actors continued malfeasance, and by this letter itself, **positively** exposes the claim of <u>**Kidnapping and Conspiracy**</u>.

Plaintiff has since submitted **SIX ADDITONAL FEDERAL HABEAS CORPUS WRITS, AND <u>ALL HAVE BEEN ILLEGALLY DENIED/UNADRESSED</u>, and this Right has been-<u>SUSPENDED TO THIS CITIZEN</u>. It** appears apparent that **No Other U.S. Judge wishes to hear the** <u>KIDNAP-AND CONSPIRACY FACTS</u>, to the continued assistance of this citizen's **Kidnapping and denial of Justice, Freedom and basic Rights**, where he remains <u>HOSTAGE</u> to criminal acts of Government Officials, right here in America, the "land of the free".

The Senators , Representive, and other  Defendant/respondents have previously been presented with Proofs Positive of the facts of this Complaint, and The above named Senators/defendants did receive via Certified/return Mail, Copy of Civil R.I.C.O. Case Number **07-0715** ,(D.C.) naming The AUSA Brad Felton, U.S. Attorney ALICE H, MARTIN, and Judge Blackburn and The Eleventh Circuit Court of Appeals Judges, among others, defendants.

**(PAGE SIX)**

-COMPLAINT-

The members of Congress named defendants here have failed in duty to act after being duly notified of **Serious Government-and Judicial-Malfesance,** and have a clear duty to act to relief of this citizen's continued outrageously unconstituional confinement , where the Courts have been unresponsive.

While the Writ of Habeas Corpus has been <u>suspended</u>, Plaintiff has filed suits against the County/State of ALabama actors along with their Federal co-conspirators in the aforementioned **civil** Racketeering-(R.I.C.O.) Complaint, and has sued The **"United States"** as defendant in The U.S. Court of Federal Claims-**Case No. (07-601-C)**-Daniel L. **DuMonde v. United States,** where the United States, through The acting <u>Attorney-General Peter Geisler</u>, and Attorney <u>Lauren S. Moore</u>, **HAVE FAILED TO ANSWER OR DENY PLAINTIFF'S ABOVE FACTS-** yet have <u>acted to Oppose</u> this Plaintiff's Motion for Preliminary Injunction in that Court <u>seeking his freedom</u>. Except for the Government's attorneys <u>opposition to Plaintiff's immediate release</u>-where they cannot deny the facts-Plaintiff <u>would not have had to name the members-of Congress above</u>, nor seek Relief here. However, Plaintiff asserts that <u>**Congress has lawful Authority to act**</u> in **this case,** and now also **has duty,** where this **citizen,** a medically disabled person, has been <u>**beaten by State Authorities while held in-Federal Detention of these same facts**</u>, **Futher** sustained Physical Injury in Federal prison, <u>**Ruthlessly deprived of any and all-Constitutional Protections**</u> and Guarantees, while being held-**"WORSE THAN GUANTANAMO"** and where he remains CONTRARY TO THE FOURTH,FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS, barely enduring to Emotional DIstress, torture and cruel, unusual punishments.

(PAGE SEVEN)

## CONCLUSION AND RELIEF

IN CONCLUSION,

**Plaintiff's Civil Rights Have Been Ruthlessly Taken** and remains in particularly Egregious circumstances, plain wrong at universal law. On the Grounds of **MANIFEST INJUSTICE** he demands that this Court and/or The Congress exercise **duty to act,** and forthwith restore his **Freedoms** and **Stolen Liberty** by enforcement of The Fundamental Due Process protections and Guarantees of The United States Constitution.

IN RELIEF-

(1) Citing **Basic Constitutional Authority,** and **Title 5 U.S.C.-§702,** that this Court sua sponte **ISSUE MANDATORY INJUNCTION** in relief of **False Imprisonment** and further injury to his physical and mental health, to **(A) OFFICE OF THE U.S. ATTORNEY-GENERAL, et.al.,** and **(B) Harley Lappin, et.al., FEDERAL BUREAU OF PRISONS,** and **IMMEDIATELY RELEASE THIS PRISONER-CITIZEN.**

(2) In the Alternative, Citing **Basic Duty of Article §6 cl 3,** of **The** United States Constitution, that **CONGRESS OVERRULE** the Illegal and Unconstitutional Federal Case No. **CR-04-B-0176,** (ND--AL), and **IMMEDIATELY RELEASE THIS PRISONER-CITIZEN.**

**PLAINTIFF RESERVES RIGHT** to seek Money Damages-From any Defendant Party who fails in duty of Relief here.

I REMAIN,

/s/ _Daniel B. DuMonde_

**DANIEL L. DuMONDE, PLAINTIFF AND--ILLEGALLY HELD AMERICAN CITIZEN.** THIS _14_ DAY OF NOVEMBER, 2007.

**(PAGE EIGHT)**

## PROOFS POSITIVE

By-<u>Reference of Incorporation</u> Plaintiff submits "<u>Affidavit of Uncontroverted Facts</u>" and as attached hereto, where the Attorney General of The State of ALabama has failed to rebutt the prima-facie evidence of these claims, as well as The Attorney General of The United States, who also <u>Do Not Deny Plaintiff's claims</u>, as well as other supporting document evidence.

## AFFIDAVIT OF UNCONTROVERTED FACTS

COMES NOW THE MAN, DANIEL LAFITTE DuMONDE, sui juris,and states that the facts below are made on Personal Knowledge, not subject to any reasonable argument contrary, readily determinable to be true, the same facts previously examined by The Office of The State of ALabama's Attorney general, Troy King and Assistant, <u>J. MATT BLEDSOE</u>, as well as <u>PETER GEISLER</u>-ACTING ATTORNEY GENERAL OF THE UNITED STATES, neither Office' have denied the following facts:

<u>TO WIT:</u>

<u>1.</u>

On October 23, 2003, (SGT)-VEVERIT WOODROW TICE, and LT. PAUL **LOGAN**, and other members of The Jefferson County,ALabama Sheriff's dept. forcibly entered Plaintiff/Relator's <u>HOME</u> and insisted they had **Arrest Warrant/Probable Cause for entry,** and did abduct **Plaintiff/Relator** from his Home to the Jefferson County, Alabama Jail, where he was held on a <u>$100,000</u> demand, supposedly by **Arrest Warrant-No.#418453**, purporting to charge Plaintiff with a **"Theft by Deception"** involving a Counterfeit--Check and given Alabama Case No. <u>DC-12747</u>. <u>SEE</u> **ATTACHED,--EXHIBITS, "A" and "B"**, Documents purporting to be State-Arrest--Warrant Instruments.    **(PAGE NINE)**

07 2123

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
NOV 19 2007
FILED

## AFFIDAVIT OF UNCONTROVERTED FACTS

**2.**

Plaintiff/relator filed an Alabama State Writ of Habeas Corpus, insisting the **"Arrest"-illegal**, and The local District-Attorney, **David Barber**, -FAILED TO ANSWER THE STATE HABEAS PETITION, in violation State Law and Due Process, where any Return to the Writ would have required production and attachement to the Return of an Original State Arrest Warrant, thus proving lawful arrest. **Id. Alabama Code, 1975, §15-21--17;§15-21-18.**

**3.**

Plaintiff/Relator, as State **Detainee** gained extraordinary-Right, and filed **EX-PARTE** Appeal of The Habeas Petition, for the **D.A.'s Failure to make any Return**, -Directly to The **ALABAMA COURT OF CRIMINAL APPEALS**, in April, 2004.

**4.**

Before any disposition of The Ex-Parte Habeas Corpus pending review in The Alabama court of Appeals was had, **D.A. David Barber-Trasferred Custody of State detainee/Habeas Petitioner** to a former employee of D.A. Barbers, Assistant U.S. Attorney-**John Bradley Felton**, the first time-pre-Federal Indictment on **April 28, 2004**, and this transfer was done by both Barber and A.U.S.A. FELTON/U.S. ATTY.-**ALICE H. MARTIN** -**WITHOUT FEDERAL JURISDICTION-AND IN VIOLATION OF STATE OF ALABAMA LAW,** which prohibits any transfer of a Petitioner with pending Writ of -Habeas Corpus, and allows for "fine and Imprisonment" for "ANY PERSON" or "WHOEVER" violates these State Statutes. **Id. ALabama -Code, 1975, §15-21-11,§15-21-31.**

**(PAGE TEN)**

## AFFIDAVIT OF UNCONTROVERTED FACT

**5.**

A.U.S.A. **John Felton/U.S. Attorney ALice H. Martin,** thus assisted District Attorney David Barber in transfer of this then State **Detainee** to Federal Custody on <u>April 28, 2004</u> in violation of State Law,Constitutional Due Process-and without any Federal-Writ, Warrant or other Judicial Authority that would allow such jurisdictional custody transfer.

**6.**

Forced in front of a Federal Grand Jury that April **28,2004,** while still dressed in "Prison Stripe" jail Uniform and "leg-Shackles", handwriting samples were demanded by The AUSA, on premise of "Investigating" a single counterfeit-check-**(same check and facts of The State of Alabama Case then on Ex-Parte Appeal by Habeas Corpus as an <u>Illegal Arrest</u>).**

**7.**

After the giving of **(TEN)-10 Pages of Handwriting Samples** on Official Secret Service Forms, this then State Detainee was just casually returned to County Jail and State detention the same day of **4/28/04.**

**8.**

**APRIL 30, 2004** Federal Indictment was returned for single violation of **Title 18, U.S.C. §513(a),making possessing, uttering a Counterfeit-(SAME CHECK AND FACTS AS REMAINED SIMUL--TANEOUSLY ON EX-PARTE HABEAS APPEAL),** and Federal proceedings commenced to the (uncontested-as illegal)-State of Alabama facts-in an <u>**Unbroken Chain of State to Federal Custody**</u>.

**(<u>SEE</u> ATTCHED, <u>EXHIBIT-"C"</u>, Indictment)**

**(PAGE ELEVEN)**

## AFFIDAVIT OF UNCONTROVERTED FACT

<u>9.</u>

Federal Arraignment and pre-trial proceedings continued while the same facts were on Ex-Parte Appeal in The Alabama Court of Criminal Appeals, where State Detainee/Federal Defendant awaited discharge from illegal State confinement, having become so <u>entitled</u>** to discharge for the local District Attorney's failure to have made any return to this Plaintiff's State Habeas Petition otherwise showing that Arrest to be legal.

<strong>Al. Code **<u>Id.</u> §15-21-24,(1)(5)(6)</strong>.

<u>10.</u>

**MAY 19, 2004**, The Alabama Court of Criminal Appeals-**DISMISSED THE EX-PARTE HABEAS APPEAL-WITHOUT FINAL DISPOSITION OF THE ILLEGAL STATE ARREST FACTS AND WITHOUT CITING REASONS,** in deference to Federal "prosecution" of the same Bad State Facts. **NOTE:** The State "Case" itself, **No.DC-03-12747** for which are one and the same as Federal facts, was also dismissed **June 8, 2004.**

<strong>(SEE ATTCHED,<u>EXHIBIT-"D"</u>, ALABAMA COURT OF APPEALS ORDER)</strong>

<u>11.</u>

**MAY 18, 2004**, The United States Secret Service Questioned Documents Branch returned **Results of Handwriting Analysis of The (TEN)-10 Pages of Handwriting Exemplars** taken **Pre-Fed-Indictment** during the Forced and Illegal Prejudicial Appearance of this Plaintiff, as State detainee, on **APRIL 28,2004**, and **ALL** Handwriting Samples were <u>-INCONCLUSIVE</u> **to any government cause** Yet, this Plaintiff had already been Indicted **April 30,2004**, for a **FORGED** and Counterfeit Check, and where the Grand Jury (apparently by the dates)-<u>**NEVER SAW THESE RESULTS**</u>.

<strong>(SEE ATTACHED <u>EXHIBIT-"E"</u>, Handwriting Results).</strong>

<strong>(PAGE 12.)</strong>

## AFFIDAVIT OF UNCONTROVERTED FACT

**12.**

In this way, forced to an illegal Federal Trial commenced to **Bad State Facts,** by acts of Malfeasance and Subterfuge, this Plaintiff, as Federal Defendant, continued to demand the State Arrest Warrant and Probable Cause Affidavit that were never produced to the (unanswered)-State Habeas Corpus Petition, as the State "arrest" was the Jurisdictional Issue by which the Federal proceedings followed to the very same facts.

**13.**

On **SEPT.9, 2004, A.U.S.A. JOHN BRADLEY FELTON**/U.S. ATTORNEY ALICE H. MARTIN, allowed the Corrupt County Cops, **(SGT)V.W. TICE AND LT. PAUL LOGAN,** who had manufactured the Fake Arrest-Instruments- themselves- **(Exhbits-"A"&-"B"),** to bring same into The United State District Court at Birmingham, Alabama, where these were then and there **ENTERED INTO THE RECORD OF THE COURT-AS LEGITIMATE LEGAL INSTRUMENTS,** for the State Arrest and Personal Jurisdiction and trial of this then defendant in Federal Court.

(SEE ATTACHED,EXHIBIT,R-PAGE 8, AUSA Entering FAKE
-Probable Cause Affidavit,-(exhibit-"A")on record)

**14.**

Thus forced to an illegal Federal trial by Malfeasance-Subterfuge, and **Official Crime,** this then Federal Defendant, representing himslf in a "bench trial", cross-examined the victim-MS.**BOBBIE JACKSON,** who was also the **ONLY-"AFFIANT"** [1] of the purported "Probable Cause" Affidavit-**(exhibit-"A"),** and State Arrest Warrant,-**(exhibit-"B"),** concerning the Authenticity of her jurat and "Probable Cause" statement.

(PAGE 13)

[1] Neither State nor Federal Agents ever filed ANY Personal Affidavit.

## AFFIDAVIT OF UNCONTROVERTED FACT

### 15.

Handed copy of the **(exhibit-"A")**-"Affidavit purporting to be "Probable Cause" in support of obtaining Arrest Warrant-**(exhibit--B")**, victim and affiant of both exhibits-**"A"&"B"**, Bobbie Jackson was asked if she had appeared in front of a Magistrate or Judge to swear/sign the jurat of her affidavit,for which she replied-**"Not to my Knowledge" I wasn't"**-**(R-PAGE 98**, SEPT.13,2004); asked if this (then defendant)-Plaintiff had ever **"Come up to her House"**as per her-**(refer to Exhibit-"A")**-Statement Text,-**Jackson--Replied**-"**You never came up to my House**"- SEE ATTACHED EXHIBIT-**R-PAGE 102**, SEPT. 13, 2004); and **ASKED BY THE COURT** if **Jackson--HAD ANY PERSONAL KNOWLEDGE** that this here Plaintiff was involved, Jackson replied: **"OH NO, UH-UH"**, **"I JUST GOT IT ALL FROM --AUTHORITIES"**-**Id.** R-PAGE 100, SEPT. 13,2004(ND AL)-(EXHIBIT ATCHD)

### 16.

It was then and there **Proved beyond any doubt** that the "Arrest-Warrant", had it been an actual "Arrest Warrant" instead of the **COMPLETE PHONY** since been proved,-was **completely lacking in Probable-Cause**, and the "Four Corners" doctrine would dictate that **any** arrest with this purported instrument would hve been a **False Arrest**, as **so lacking in Probable Cause to be a CLEAR FOURTH AMENDMENT VIOLATION.**

### 17.

The U.S. District Court Judge, **-SHARON LOVELACE BLACKBURN--consistently refused to Acknowledge** this then Defendant's Ad Nauseum Objections to the "Arrest" with these purported (legal)-

**(PAGE 14.)**

## AFFIDAVIT OF UNCONTROVERTED FACT

-Instruments, and acting in the face of the simple language of of The Fourth Amendment depriving her of Jurisdiction, **OVERRULED-DEFENDANT'S SPECIFIC OBJECTIONS THAT THE**-(Exhibits "A &"B")- **Documents did not contain ANY CONDUCT** this Defendant was even accused of in that Court, and that the Instruments -**DID NOT CONTAIN ANY** PROBABLE CAUSE".

(SEE ATTACHED-**EXHIBIT-R-PAGE 7**, APRIL 15, 2005,-Sentencing for Case No.**CR-04-B-0176-S**, US DIST. COURT, (ND AL.)

### 18.

Unconstitutionally and illegally committed to Federal Prison on **State of Alabama-KIDNAP-FACTS** by the means of above numerated facts, this Plaintiff contacted the Jefferson County, Alabama Circuit Court Clerk, **Anne Marie Adams,** and requested certified copy of the **(Exhibits "A & B")-documents purporting to be State of ALabama Arrest Warrant and Probable Cause Affidavit,** as same purport "Issuance" from that Court, and **Clerk Adams** co-responded providing a "docket summary" as requested,which **SHOWS NO "ISSUANCE" OR RETURN"** to any "Arrest Warrant", and she there-stated in the letter- **No Arrest Record Was in The Clerk's File.**

(SEE ATTACHED-**EXHIBIT-""F"**, Jefferson County Clerk's -letter of **Oct.31,2005**).

### 19.

As **Seven** Seperate Writs of Habeas Corpus have **gone unadressed** to the above facts, Plaintiff resorted to lawsuits. In responding to civil **R.I.C.O. Case No. 07-0715** (D.C.) which contains **(Here Exhibits-"A"&"B"),** documents purporting to State of ALabama Arrest-

**(PAGE 15.)**

## AFFIDAVIT OF UNCONTROVERTED FACT

--Warrant and "Probable Cause" Affidavit as Exhibits there also, and insists, as here, that Plaintiff's **Seizure from His HOME** with these completely **FAKE** Warrant copy documents constituted a- **-KIDNAPPING**, **J.MATT BLEDSOE**, Assistant Attorney General for The State of Alabama, responded by pleading-inter alia, **-IMMUNITY** and "Statute of Limitations" from suit, while after his examination of the Complaint and it's "Warrant" Exhibits, -(1) DID NOT DENY THE WARRANT DOCUMENTS ARE FAKE;(2) DID NOT DENY THAT PLAINTIFF WAS KIDNAPPED BY HIS AGENTS WITH USE OF FAKE WARRANT COPY; -and- -(3)-DID NOT PRODUCE ANY OTHER WARRANT, DOCUMENT OR AUTHORIZATION TO HAVE SEIZED THIS PLAINTIFF FROM HIS HOME.

-(SEE ATTCHED, **EXHIBIT-"G"**, Page 10 of Response of **J.MATT BLEDSOE**, Assistant Attorney General, State of Alabama, **MAY 10,2007**.

**20.**

Plaintiff has sued **"The United States"** in U.S. Court of Federal Claims,-Case No. **07-601-C**, for The U.S. Attorney, Alice H. Martin's-(ND AL),-Conspiracy in assistance to the Corrupt State of Alabama Actors on the same facts as above, where this Plaintiff Remains-**HOSTAGE** , and has demanded Money Damages and **Injunctive Relief** of his **STOLEN FREEDOMS** in that case.

The Attorney for the defendant United States, Lauren S. Moore, in responding to that Complaint has only moved for "Dismissal"- and **Failed to Answer,plead or defend to the same above facts**, where Plaintiff demanded The United States to **"immediately release -[this Plaintiff], or show affirmative and immediate proofs otherwise rebutting [his] prima-facie evidence, for which [he] asserts none exists"**. **EXHIBIT-"H"**,- United States response page 5.)

## AFFIDAVIT OF UNCONTROVERTED FACTS

__21.__

**PLAINTIFF REMAINS** in UnAuthorized and Unjustified Confinement at The Federal Prison Camp at Montgomery, Alabama, pursuant to the above <u>-uncontested-and-incontestable facts</u>.

Plaintiff/Relator hereby swears and affirms that the above enumerated facts are true, and that the accompanying document-evidence Exhibits are true copies as received from the respective Government Office/Agencies.

SO SWORN under penalty for Perjury, 18 U.S.C. §1621,

-and Title 28 U.S.C. §1746,

AND DONE, This ___14___ DAY of November, 2007,

By-

/s/ _Daniel L. DuMonde_

DANIEL L. DuMONDE, /PLAINTIFF/RELATOR
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

-PRO-SE-

"It is as much the <u>duty</u> of Government to render prompt justice <u>against itself</u> in favor citizens, as it is to administer the same between private individuals". (Emphasis added) <u>Glidden v. Zdanok</u>, 370 US 530, 8 L Ed 2d 671-<u>Id.</u> at <u>689</u> (1962)

(PAGE 17.)

# DEPOSITION

INTAKE NO. 8896180b

Date: 10/16/3
Issued: 10/16/3
Refused: _____
Referred: _____
Bond: 100,000
Magistrate: SW

Personally appeared before me ___BOBBIE D. JACKSON___ JUDGE
(Affiant)
being by me first duly sworn, deposes and says:

On __8 25 2003  1230  PM__ , at __AND 9 PM  3700 CHARLESTON LANE  BHAM AL__
(date and time)                                        (location)

the following incident occurred: _Defich came to my home said he was Paul Moores Son. Presented me with a counterfil cashires check in exchange for my diamond Ring - center stone 4½ K & 2 K on side_

## SUSPECT INFORMATION

Name: DUMONDE, DANIEL LAFITTE                Race __W__  Sex __M__  DOB __3 31 1952__

Aliases/Description: GOLDBERG, LENNY          HAIR BRO  EYES BLU

Hgt __5__ ft __10__ in Wgt __195__ Work: __DISABLED__

Res. Add: __314 WASHINGTON ST          BESSEMER AL          35020__

SS #: __077 68 7398__          FBI # __AL__          FPC #: _____

Prior Record? __YES__          Relation to Victim: _____

VICTIM  JACKSON, BOBBIE D          DOB 03021932 RACE W  SEX F
        3700 CHARLESTON LANE
        BHAM AL          35216     HOME  402 2446   WORK  243 0302
                                                                    NO
                (name and address)          Does victim have prior record? _____

## OFFICER IN CHARGE OF CASE

TICE, V W          JCSO 03087658          BADGE #
HOME  521 1571   WORK  972 0462   OCA  003087658   ORI  AL0010000
                (name, jurisdiction, case no., phone no.)

## OTHER

                                    X                    AT LARGE
In custody? Yes ____ No ____ If yes, where? __X__
Is this case a Bham Bail Warrant? Yes ____ No ____ Has case been previously discussed with DA or Magistrate?
Yes ____ No ____ If yes, with whom? _____

OFFENSE: __THEFT 1__

_____              EXHIBIT- A
Magistrate                           x Bobbie D Jackson
                                              Affiant

Bess.

**AFFIDAVIT / WARRANT**

CASE NUMBER

B 12747

20314092

STATE OF ALABAMA
TO JUD. SYSTEM

FORM DC-6J        7/89

IN THE DISTRICT COURT OF JEFFERSON COUNTY        AGENCY:  JEFF CTY SHERIFF        WARRANT NO.   418453
                                                   OCA:    003087658                JCID NO.      178493

THE STATE VS.  DUMONDE, DANIEL LAFITTE

| SHERIFF'S INFORMATION: | SEX MALE | EYE BLUE | SKIN | | | NEAR 51 | YEARS OLD |
|---|---|---|---|---|---|---|---|

SHERIFF'S          SEX MALE    EYE BLUE    SKIN                       NEAR 51  YEARS OLD
INFORMATION:       RACE WHITE  HAIR BROWN  WEIGHT ABOUT  195  LBS.  DOB ABOUT  3/31/1952
                   HEIGHT ABOUT  5 FEET  10 INCHES              SSN 077687398
                                                  EMPLOYER:  DISABLED
ADDRESS:  324 WASHINGTON ST  1829 12th AVE N
          BESSEMER AL  35020   Bess 35020
REMARKS:  AKA       GOLDBERG, LENNY              SPENCER, DANIEL
                    FITTER, MARSHALL             JACKSON, CURTIS

1824 10th ST N, Bess 3500f

COMPLAINT:
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, II
AND FOR SAID COUNTY  JACKSON, BOBBIE D                WHO BEING DULY SWORN, SAYS THA
                                        WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNT
    DUMONDE, DANIEL LAFITTE
    DID KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED CONTROL OVER, BY DECEPTION,
    1 DIAMOND RING $25,050.00

**COMMITTED TO JAIL**
**OCT 23 2003**
OF MIKE HALE
SHERIFF

THE PROPERTY OF  BOBBIE D JACKSON                      IN VIOLATION OF SECTION
WITH THE INTENT TO DEPRIVE THE OWNER
13A-8-3 OF THE ALABAMA CRIMINAL CODE

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS  16  DAY OF  OCTOBER    2003

_____                                        Bobbie D. Jackson
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY                      AFFIANT

TO ANY LAWFUL OFFICER OF SAID STATE,                                    AND BRING HIM OR HER BEFO
    YOU ARE HEREBY COMMANDED TO ARREST  DUMONDE, DANIEL LAFITTE
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE
ALABAMA ON A CHARGE OF  THEFT OF PROPERTY FIRST DEGREE (DECEPTION OVER $2500)
PREFERRED BY  JACKSON, BOBBIE D        WITNESS MY HAND THIS  16  DAY OF  OCTOBER    2003

OFFENSE CODE   23990112                         _____
                                        MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

BOND
    THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM
$100,000  DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER
                                        _____
                                        MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

COMMENTS:                 MAHON        /CGDK    88961806
    AT LARGE; BOND JUDGE WATKINS

TICE, V W              JCSO  03087658            00000
    RECEIPT                                  EXECUTION
Received in Office:                Executed by Arresting the Within Named Defendant and
EXHIBIT-B                          ☐ Committed To Jail        ☐ Released on Bond Date: _____

COURT RECORD

EXHIBIT "B"

COMPLAINT/AFFIDAVIT,EXHIBIT-"B"
FAKE ARREST WARRANT-UNRECORDED
IN CLERK'S OFFICE.

AHM/JBF:MAY2004

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>SOUTHERN DIVISION</u>

FILED

04 APR 30 AM 11:04

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-04-B-0176-S |
| | ) | |
| DANIEL LAFFITE DUMONDE | ) | |
| also known as Paul Moore | ) | |
| also known as Danny | ) | |
| Also known as Daniel Spencer | ) | |
| and | ) | |
| WADE RICHARD WALKER | ) | |

<u>INDICTMENT</u>

<u>COUNT ONE</u>:  [18 U.S.C. §§ 513(a) and 2]

The Grand Jury charges that:

On or about the 25th day of August, 2003, in Jefferson County, within the Northern

District of Alabama, the defendants,

DANIEL LAFFITE DUMONDE,
also known as Paul Moore,
also known as Danny,
also known as Daniel Spencer,
and
WADE RICHARD WALKER,

each aided and abetted by the other, with the intent to deceive Bobby Jackson, did knowingly

make, possess, utter, and did knowingly cause to be made, possessed, and uttered, a counterfeited

security, that is, an official check in the amount of $16,500, drawn on Regions Bank,

Birmingham, Alabama, an organization which operates in and affects interstate commerce, in      *

**PAGE TWO TEXT:  –violation of Title 18, U.S.C. §513(a) and–
–2"

COMPLAINT/AFFIDAVIT–EXHIBIT–"C"

"C"

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-03-1126

Ex parte Daniel Lafitte Dumonde   (In re: State of Alabama vs. Daniel Lafitte Dumonde)
(Jefferson  District Court: DC2003-12747).

## ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the Court of Criminal Appeals orders that said petition be and the same is hereby DISMISSED.

Done this the 19th day of May, 2004.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon  Robert G. Cahill, District Judge
    Hon. Anne-Marie Adams, District Clerk
    Daniel Lafitte Dumonde, Pro Se
    Hon. Troy King, Attorney General
    Hon. M. David Barber, District Attorney

COMPLAINT/-INJUNCTION EXHIBIT "D"

*BY THE DATE, MAY 19, 2004
*SHOWS SAME FACTS WERE ON APPEAL BY HABEAS CORPUS "D"
AT SAME TIME OF FEDERAL USURPATION/INDICTMENT.

 

# REPORT

### United States Secret Service
### Office of Investigations
### *Forensic Services Division*
### **Questioned Document Branch**

May 18, 2004

To: SAIC-Birmingham

Subject: Daniel Lafitte Dumonde

Case No.: 302-813-31047-S
SA Holly

Type of Examination: Handwriting

Reference is made to the Birmingham SSF 1544, serial number 302 2004 CE 69.

1. **EXHIBITS EXAMINED**

   Q-1 One page hand printed letter beginning, "My dearest Frances..." with accompanying letter bearing the partial postmark: "BIRMI...L 352...12...V" marked "Q-1 BK" for identification.

   Q-2 Five page handwritten letter beginning, "EMERGENCY NOV 5, 03 Dear Frances..." with accompanying letter bearing the postmark, "BIRMINGHAM AL 352 PM 12 DEC 2003" marked "Q-2 BK" for identification.

   S-1 Three SSF 1607A(s), four SSF 1607D(s), and three SSF 1607(s) bearing the specimen writing of Daniel Dumonde.

2. **REQUEST**

   Determine whether or not Daniel Dumonde (S-1) wrote the questioned material on Exhibits Q-1 or Q-2.

3. **RESULTS OF EXAMINATION**

   With the material available for comparison, there are indications that Daniel Dumonde (S-1) may have written Exhibits Q-1 and Q-2, but the evidence is not conclusive.

4. **REMARKS**

   If a further comparison is desired, it may be beneficial to obtain non-request (normal course of business) specimens from the Exhibit S-1 writer.

   The submitted exhibits are being returned to the Birmingham Field Office.

*EXHIBIT-"E"*



COMPLAINT/AFFIDAVIT EXHIBIT-"E"

**ANNE-MARIE ADAMS, CLERK**
Jefferson County Circuit Court, Criminal Division
Room 901 Mel Bailey Justice Center
801 Richard Arrington, Jr., Boulevard, North
Birmingham, Al 35203

Date:   10/31/05

To:    Daniel L Dumonde

Dear Sir:

Enclosed are the documents you requested.  **

These documents are not in the clerk's file:  Arrest Record, Forensic Report,
Investigative reports, officer or witness lists or statements, court reporter trial transcripts,
notice of intent to enhance as HFOA per statute, sentence colloquy, search warrants or
PSI (probation) reports.

Sincerely,

*Anne-Marie Adams*

Anne-Marie Adams, Clerk
Circuit Criminal Court, Jefferson County

**             CLERK'S LETTER-            EXHIBIT- "F"
PLAINTIFF'S NOTE:   ENCLOSED WITH THIS LETTER WAS A "DOCKET SUMMARY"-
FOR ALA CASE #DC-03-12747-SHOWING NO "ISSUANCE OR RETURN"OF ANY-
ARREST WARRNT OR COMPLAINT. Letter was sent in response to Requests
for certified copies of EXHIBITS-"A" &"B"

COMPLAINT/AFFIDAVIT EXHIBIT
-"F"

**D.    The Claims Against Defendants Are Barred by the Statute of Limitations.**

Although Mr. DuMonde's Complaint alleges defendants violated the RICO Act, his claims are essentially 42 U.S.C. section 1983 claims. To the extent that Mr. DuMonde's claims are advanced under § 1983, they are time barred by the statute of limitations. The statute of limitations for a section 1983 action in Alabama is two years. See Eubank v. Leslie, 2006 WL 3627005 (11th Cir. (Ala.)). Mr. DuMonde alleges in his complaint that on or about October 2002, he was kidnapped/arrested. [Court Doc. #1, p. 1.] Mr. DuMonde alleges that defendants conspired with others to kidnap him. [Court Doc. #1, p. 6.] The alleged conspiracy involving defendants, therefore, took place on or before October 2003. [Court Doc. #1, p. 1.] Mr. DuMonde filed this action on May 4, 2007, alleging that his constitutional rights were violated. More than three years have elapsed since the alleged kidnapping/arrest took place. The claim is barred by the statute of limitations.

**E.    Mr. DuMonde Failed to State a Claim against Defendants Upon Which Relief Can Be Granted.**

A federal court has held that a plaintiff must do more than allege conclusory facts based upon information and belief in order to support claims of conspiracy. See Fullman v. Graddick, 739 F.2d. 553, 559 (11th Cir. 1984) (holding that allegations based on "information and belief" were not enough to support claims that a prosecutor made false statements to the press and ordered and participated in a warrantless search of plaintiff's trash). The Alabama Supreme Court has found that conspiracy averments in a complaint must exceed bald speculation. Ex parte Rendel, 2006 WL 625835 (March 2, 2007). The plaintiff makes no specific allegations whatsoever in regard to defendants in this action. Mr. DuMonde's allegations regarding the defendants do not state a sufficient claim upon which relief can be granted.

MAY 10, 2007-

EXHIBIT, **"G"**   -STATE (AL) ATTY.GENERAL'S
10   RESPONSE TO KIDNAPPING
AND EXHBITS **"A"** & **"B"**.
R.I.C.O #07-cv-0715-JR.



(jurisdiction over 42 U.S.C. §§ 1983 and 1985 claims lies exclusively in the district courts.) In

short, Mr. Dumonde fails to state a claim upon which relief can be granted, and his complaint

should thus be dismissed.

## IV.  This Court Lacks Jurisdiction To Entertain Mr. Dumonde's Request For A Preliminary Injunction

Subsequent to the filing of his complaint, Mr. Dumonde filed a motion for preliminary

injunction, on or about August 29, 2007.  Mr. Dumonde requests that the Court order defendant

"to immediately release [Mr. Dumonde], or show affirmative and immediate proofs otherwise

rebutting [his] prima-facie evidence, for which [he] asserts none exists."  Preliminary Motion at 3

(emphasis deleted).   For the reasons set forth above, however, this Court lacks jurisdiction to

entertain Mr. Dumonde's motion for a preliminary injunction.  As we have explained, this Court

does not possess jurisdiction to entertain claims alleging unlawful imprisonment.  28 U.S.C.

§ 1343.  See also 28 U.S.C. § 1491 (this Court's jurisdiction is limited, and must be based upon a

money-mandating statute or regulation, or a contract between the parties).   For this reason, the

Court should deny Mr. Dumonde's request for a preliminary injunction.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that this Court grant

defendant's motion to dismiss plaintiff's complaint for lack of jurisdiction and failure to state a

claim upon which relief can be granted.  Defendant also respectfully requests that the Court deny

Mr. Dumonde's request for a preliminary injunction.

---

(internal brackets omitted).

5     NOTE: UNITED STATES FAILED TO REBUTT-
                                -ANY FACTS.
                EXHIBIT-"H"
(DEFENDANT)   UNITED STATES'Crt of Claims No. 601-C
              PAGE 5 of Motion to Dismiss, seeking to
              -DISMISS Preliminary Injunction for release.
              (pending).
                                              "H"

1  department colluded to plant certain evidence and there is

2  actually a trail that would show that, in all due respect, Your

3  Honor.

4         MR. FELTON:  Could I put this on the record?  That we

5  have Mr. Dumonde's trial exhibit notebook which has all the

6  exhibits in the case, as well as the grand jury testimony of

7  the co-defendant, of Jencks material that I would provide to

8  him, as well as the trial memorandum and the deposition sheet

9  that we were finally able to acquire.

10        THE COURT:  The deposition sheet?

11        MR. FELTON:  The affidavit for his felony arrest

12  warrant.

13        THE COURT:  Right.  Right.

14        MR. FELTON:  I just wanted to make sure he has that

15  for the record.

16        Secondly, Your Honor, in response to Mr. Dumonde,

17  there is conclusory evidence that letters were sent by

18  Mr. Dumonde to Frances Watts, there is three letters that were

19  sent by him from the jail to her, and she received them, she

20  knows his handwriting.  Those letters purport to tell her what

21  she is supposed to do at the home, what she is supposed to do

22  with the keys to the house, how she is supposed to feed the

23  dog, what she is supposed to do.  She was also told that she

24  was about to be evicted and to get some material out.

25        THE COURT:  Let me stop you.  He is entitled to show

R-PAGE 8, Case No. CR-04-B-0176-S

SUPPRESSION HEARING, SEPT.9, 2004. (ND. AL).

A.U.S.A ENTERING FICTIITOUS PROBABLE CAUSE AFFIDAVIT, EXHIBIT -"A")

1    warrant?

2            THE COURT:  No, sir.

3            DEFENDANT DUMONDE:  I mean, swearing to something on

4    a person that you don't know.

5            THE COURT:  Did you learn at some point that there

6    was information that the defendant might be involved in this,

7    that Mr. Dumonde might be involved in this?

8            THE WITNESS:  Yes, ma'am, I did.  I learned through

9    Sergeant Logan -- through Lieutenant Logan and Sergeant Tice,

10   who had done all the research on this, and found who he was and

11   where he was and where he lived and where he was located.

12           And then I gave a description -- I drew a description

13   of the young man, but I had never seen him before until I saw

14   his picture that they had.

15           THE COURT:  All right.

16   Q.   (By Defendant Dumonde)  So you couldn't honestly

17   testify and say that I knowingly obtained anything from you?

18           MR. FELTON:  I object, Your Honor.

19           THE COURT:  Overruled.

20   A.   I don't understand what you're asking me.

21           THE COURT:  Do you have any personal knowledge of

22   your dealings that this man was involved?  That's the question.

23           THE WITNESS:  Oh, no, huh-uh.

24           THE COURT:  All right.  Go ahead.

25           THE WITNESS:  I just got it all from authorities.

**TESTIMONY OF BOBBIE JACKSON**, SEPT. 13, 2004

-AFFAINT OF EXHIBITS- **"A"&"B"** Case No.**CR-04-B-0176-S**

(Northern District of Alabama).

1      DEFENDANT DUMONDE:  Okay.  Thank you.

2    Q.   So, ma'am, can you truthfully say that I am the person

3    that called you at any given time?

4    A.   No, sir, I can't say that.

5    Q.   And you've never seen me before?

6    A.   Not until I saw you in jail, not until I saw you when we

7    were in court.

8    Q.   So I've never come up to your house; and, to your

9    knowledge, I've never defrauded you in anyway?

10   A.   You never came to my house.

11   Q.   But to your knowledge --

12      THE COURT:  She's answered the question.

13      DEFENDANT DUMONDE:  Okay.  Okay.  Let me see if

14   there's anything I left out.  Bear with me one minute.

15          (Brief pause)

16   Q.   Oh, yes.  The man that you have identified as coming to

17   your house, the young man, at the time he came and exchanged

18   the check for your diamond ring, what type of car was he

19   driving?  You said you had seen it, I believe.

20   A.   It was an older car.  It was dark, and I could not tell,

21   but it was an older, darker car.

22   Q.   It was an older, darker car.  And did he get in on the

23   passenger side?

24   A.   He got -- the best I could tell, he got in on the driver's

25   side.  I did not know.  I could not see.  I didn't even have

TESTIMONY OF BOBBIE JACKSON, "AFFIANT" OF EXHIBITS-"A"&"B"

SEPT. 13, 2004, US DISTRICT COURT, (ND AL), CR-04-B-0176.

(COMPARE TO TEXT OF-"EXHIBIT-"A"-AFFIDAVIT).

1    can refute it, including the arresting officers.

2         THE COURT:  Let me say this:  If this is not an

3    objection to the Presentence Report --

4         THE DEFENDANT:  It is.

5         THE COURT:  No.  If this is about the search

6    warrant or anything about your arrest -- what is it then?

7         THE DEFENDANT:  It's that the deposition is not my

8    conduct for the original arrest warrant, and this has been

9    proven beyond any fact.  And no one can refute it.  It's

10   universal law that you can't have probable cause for an

11   arrest using someone else's conduct.  That's why I say it's a

12   travesty and a sham.  This started out one document, this

13   whole trial --

14        THE COURT:  Mr. Dumonde, we've talked about this at

15   length during your trial.

16        THE DEFENDANT:  Ad nauseam.

17        THE COURT:  We are not going to talk about it

18   anymore.  I've overruled that objection.

19        THE DEFENDANT:  Then you are violating your

20   judicial oath to uphold the United States Constitution.

21        THE COURT:  All right.  Your next objection

22   actually did not specifically contain any objections to the

23   guideline range.

24        I'm now going to go to the government's objection.  One

25   you, moved for a Motion For Upward Departure based on the

## AFFIDAVIT OF UNCONTROVERTED FACTS

### APPENDIX OF DOCUMENT EXHIBITS

R-PAGES: **R-8**,(SEPT.9,2004);**R-100,102**,(SEPT.13,2004)**R-7**,APRIL 15,2005)

**EXHIBIT "A"**, "Probable Cause Affidavit" containing **"418453"**-supposedly in "Support of **FAKE** State of Alabama Warrant-**418453**-(EXHIBIT-"B")-**Unrecorded** in Clerk's Office.

**EXHIBIT-"B"** **"UNRECORDED"** Document purporting to be State of ALabama/Jefferson County,-**"Arrest Warrant"**,No.**418453**

**EXHIBIT-"C"** Federal Indictment, **APRIL 30,2004**, charging same State of Alabama "theft" facts as making, uttering, possessing, a counterfeit-(check), **Title 18, U.S.C. §513(a)**

**EXHIBIT-"D"** ALABAMA COURT OF CRIMINAL APPEALS ORDER OF **MAY--19,2004**, DISMISSING THE **EX-PARTE HABEAS CORPUS APPEALS-without stating reasons**, SHOWS SAME FACTS FEDERALLY INDICTED **WERE ON APPEAL AS ILLEGAL ARREST** at same time Fed proceeding commenced.

**EXHIBIT-"E"**, UNITED STATES SECRET SERVICE REPORT SHOWING **ALL-HANDWRITING SAMPLES-"INCONCLUSIVE"**, **MAY 18,2004**, SHOWS BY DATE-THAT PLAINTIFF WAS PRIOR INDICTED FOR A **FORGED** AND COUNTERFEIT-CHECK, AND **GRAND JURORS NEVER SAW THIS REPORT**.

**EXHIBIT-"F"**, LETTER, FROM **ANNE MARIE ADAMS**, CLERK OF THE JEFFERSON COUNTY, ALABAMA CIRCUIT COURT WHERE -EXHIBITS-"A"&-"B"-PURPORT **"Issuance"**, responding that same are **"UNRECORDED"**

**EXHIBIT-"G"**, PAGE **10**, of "Motion to Dismiss" R.I.C.O.-Complaint No.**07-0715-JR**,(D.C.), **MAY 10, 2007**, showing that-J. MATT BLEDSOE, et.al., **DO NOT DENY (EXHIBITS "A"&"B"** Arrest Documents are **FAKE**, after The State of Alabama's ATtorney General's Office' examination of same, pled "Immunity",ETC.

**EXHIBIT-"H"** CASE No. **07-601-C**, Response from defendant-United-States' **"Motion to Dismiss"**in Fed Court of Claims, **DO NOT DENY THAT U.S. ATTORNEY CONSPIRED WITH STATE ACTORS**,Nor rebutt Prima-Facie Evidence. Atty,-**Lauren S. Moore**,(Dept.of Justice)

* **CR-04-B-0176** Record.          **(18.)**

F-2123

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| *DANIEL L. DiHONDE* | *CONGRESS OF UNITED STATES, ET AL* |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~88855~~
(EXCEPT IN U.S. PLAINTIFF CASES)

*PA SE    (PA)*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR.

AT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*# 21609-001*

Case: 1:07-cv-02123
Assigned To : Robertson, James
Assign. Date : 11/19/2007
Description: Pro Se General Civil

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

---

☐ E. *General Civil (Other)* OR ■ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(13)

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☉ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** □ YES    ☉ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☉ YES    □ NO    If yes, please complete related case form.

**DATE** *11.19.07*    **SIGNATURE OF ATTORNEY OF RECORD**    *NCD*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.