UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                   :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 07-2123 (JR)
                                     :
CONGRESS OF THE UNITED STATES,       :
*et al.*,                            :
                                     :
        Defendants.                  :

### ORDER

As set forth in the accompany memorandum it is **ORDERED** that the plaintiff's complaint [1] filed November 19, 2007 is **dismissed**. It is

**FURTHER ORDERED** that the Clerk is to refuse to file and to return to plaintiff any further complaints he lodges in this court, if he attempts to file them without a motion for leave to file, which motion will be referred to the undersigned judge for action. See In re Powell, 851 F.2d 427, 431 (D.C. Cir. 1988).

                                    JAMES ROBERTSON
                              United States District Judge