Received
DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DECEMBER 26, 2007

1/9/08
leave to file
granted.
[signature]
USDJ

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RE: 07-cv-02123-JR

DEAR CLERK,

Please find enclosed Original and Two Copies, of **(1) MOTION TO SUPLLEMENT COMPLAINT-(ONE PAGE);** and **(2) "RECORD OF ILLEGAL AND ALTERED FEDERAL ARREST WARRANT"**(4-PAGES ± Two Attched-Exhibits).

Please file to the above refernced civil action.

THANK YOU-

/s/ [signature]
DANIEL L. DuMONDE, PLAINTIFF,
-PRO-SE-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE,  *
     Plaintiff,  *
      *
V.  *
      *  CASE No. 07-cv-02123-JR
THE CONGRESS OF THE UNITED-  *
STATES, et.al.,  *
-Respondent/Defendants.  *
_____/

### MOTION TO SUPPLEMENT COMPLAINT

    COMES NOW THE PLAINTIFF, DANIEL L. DuMONDE, in the above referenced civil action, and Moves pursuant to Rule 15(d), to Supplement the Complaint by **Record of illegal and altered-Federal Arrest Warrant**, and that the document evidence decribed above, **USMS- Warrant for Arrest No. 0401-0504-0349--J**, contains **False Information, inaccurate "Date of Arrest"; Unsigned by any Judge; Uncertified** and with the **"Executing-Officer-(U.S. Marshal)-Name Redacted**, for Criminal Case No. **CR-04-B-0176-S**, Northern District of Alabama, and purporting to be lawful Authority for Federal Arrest of here Plaintiff in that Criminal Case.

    Entry of same is important to Plaintiff's Complaint, as referenced above.

    SO MOVED, THIS 26 DAY OF DECEMBER, 2007,

                         By- /s/ *[signature]*
                            DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
                            #21609-001, MOBILE-B
                            FPC MAXWELL AFB, MONTGOMERY, AL.

(ONE PAGE)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

RECEIVED
DEC 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DANIEL L. DuMONDE, | * |
| Plaintiff, | * |
| | * |
| VS. | *   CASE No. 07-cv-02123-JR |
| THE CONGRESS OF THE UNITED- | * |
| STATES, Et.aL., | * |
| -Respondent/Defendants. | * |

## RECORD OF ILLEGAL AND ALTERED FEDERAL ARREST WARRANT

   COMES NOW THE PLAINTIFF, DANIEL L. DuMONDE, and enters the following document evidence, **RECORD OF ILLEGAL AND ALTERED FEDERAL ARREST WARRANT, No. 0401-0504-0349-J**, As here-**ATTACHED**.

**1.** This Document purporting to be Federal Arrest Warrant for **DANIEL LAFITTE DuMONDE** in Criminal Case No.**04-B-0176-S**, was Requested by here Plaintiff From the Clerk of The United States District Court, Northern District of Alabama, at Birmingham, Alabama, as a **certified Copy of Same.**

**2.** The Copy of this Warrant was received by the Plaintiff on or about **September 27,2007**, from the Clerk's Office of the above Court, who has **FAILED TO CERTIFY THIS WARRANT**, as requested by Plaintiff.

**(PAGE ONE)**

**3.** Upon receipt of this Warrant, a number of ommissions and alterations were apparent, and in **violation, inter alia,** of **Rule 4 (a),and (b)-(1)(B) OFFENSE UNDESCRIBED, and MARSHALS NAME -REDACTED.(D)-WAS UNSIGNED BY ANY JUDGE,**( As required by this- Rule, Federal Rules of Civil Procedure).

**4.** This Arrest Warrant contains a "DATE RECEIVED" of **May 5,2004,** and a "DATE OF ARREST" as **JUNE 8,2004,** and claims to Arrest The here Plaintiff from **State Custody, Jefferson County Jail, Birmingham, Al..**

**5.** Plaintiff was **Federally Indicted on April 30,2004,** on Same State Facts as **State of Alabama Case No. DC-03-12747,** which was dismissed on **June 8,2004.**

**6.** Plaintiff, a Federal defendant was ARRAIGNED on **5/13/2004,** and Federal proceedings commenced of that date. Therefore, the Federal Arrest Warrant attempts, by claiming a **False Arrest Date from State Custody of June 8, 2004,** to hide, -in a litany of other unlawfulness, the **Fact that Fed.Proceedings commenced to the very same Bad State Facts,** as were simultaneously being contested by **State Writ of Habeas Corpus** as an **Unlawful Arrest,** and for which Plaintiff has charged both State and Federal actors with **Conspiracy-** by overt acts, including conducting of a SHAM Federal trial- **FOR THE EXPRESS PURPOSE OF COVERING UP THE NOW PROOFS- POSITIVE FACT THAT PLAINTIFF WAS SEIZED FROM HIS HOME BY CORRUPT- COUNTY COPS WHO CONCOCTED-FAKE-ARREST INSTRUMENTS. -IN AN UNBROKEN CHAIN OF STATE TO FEDERAL CUSTODY OF THE SAME- KIDNAP-FACTS.**

(PAGE TWO)

<u>7.</u> The Docket Summary for Federal Case No. <u>04-B-0176-S</u> (CR), <u>-DOES NOT CONTAIN ANY "DATE OF ARREST"-NOR ANY ENTRY AT ALL- FOR DATE OF JUNE 8, 2004</u>, as purported by the Fed. Warrant Copy.

(SEE ATTACHED, <u>Page 8 of 35, Docket Entries-</u> <u>-For Cr-04-B-0176-S.</u>)(EXHIBIT)

ATTACHMENTS: (1) ALTERED FEDERAL ARREST WARRANT FOR <u>CR-04-B--0176-S. (ND AL.)</u>   (2) Docket Summary Page <u>8 of 35</u>, for Feed. case No. <u>Cr-04-B-0176-S.</u>

IN CONCLUSION-

EVER INDICATIVE OF THE **FRAUD** BY WHICH PLAINTIFF REMAINS, -HAVING BEEN **KIDNAPPED FROM HIS HOME BY FAKE STATE WARRANT COPY**, AND SHAM FEDERAL TRIAL CONDUCTED TO THE VERY SAME **KIDNAP-FACTS**, <u>-EVEN THE FEDERAL ARREST WARRANT CONTAINS FALSE INFORMATION, WHERE THE CLERK OF THE U.S. DISTRICT COURT WILL NOT CERTIFY THE INSTRUMENT, AND THE U.S. MARSHAL APPARENTLY DOES NOT WISH ANY MARSHAL'S NAME TO APPEAR THERE</u>.

That I, Daniel L. DuMonde, Plaintiff in the above referenced Civil Case, enters on the Record the above Document evidence: **<u>Altered Federal Arrest Warrant</u>**, and hereby swears and affirms under penalty for Perjury, that both the Warrant Document and Docket Summary exhibit are **True Copies** as received from The Clerk of The U.S. District Court, Birmingham, Alabama.

SO SWORN BY TITLE 28, U.S.C. §1746,

AND DONE, THIS 26 DAY OF DECEMBER, 2007,

By- /s/ *Daniel L. DuMonde*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
-ILLEGALLY HELD AMERICAN CITIZEN.

(PAGE THREE)

| | | changed. filed cm (YMB) (Entered: 06/01/2004) |
|---|---|---|
| 06/01/2004 | 25 | AMENDED MOTION (Application) for temporary transfer of custody by USA as to Daniel Lafitte Dumonde filed cs (YMB) (Entered: 06/01/2004) |
| 06/01/2004 | 26 | AMENDED ORDER ( by Magistrate-Judge Paul W. Greene ) granting amended motion (application) for temporary transfer of custody by USA as to Daniel Lafitte Dumonde [25-1] filed cm (YMB) (Entered: 06/01/2004) |
| 06/02/2004 | 27 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Rick Burgess npt 5/25/04 for Daniel Dumonde (CJV) Additional attachment(s) added on 2/4/2005 (HBB, ). (Entered: 06/02/2004) |
| 06/02/2004 | 28 | ORDER ( by Magistrate-Judge Paul W. Greene ) granting motion for psychiatric examination by Daniel Lafitte Dumonde [20-1] medical examination ordered for Daniel Lafitte Dumonde filed cm (YMB) (Entered: 06/02/2004) |
| 06/02/2004 | 29 | MOTION for show cause hearing by USA as to Daniel Lafitte Dumonde filed cs dl PWG (YMB) (Entered: 06/03/2004) |
| 06/03/2004 | 30 | 23 - ORDER ( by Magistrate-Judge Paul W. Greene ) finding the motion for finger & palm prints by USA as to Daniel Lafitte Dumonde [23-1] moot cm deemed filed 6/1/04 (YMB) Modified on 06/03/2004 (Entered: 06/03/2004) |
| 06/03/2004 | 31 | MOTION for leave to file add'l motions by dft Daniel Lafitte Dumonde filed cs dl PWG (YMB) (Entered: 06/04/2004) |
| 06/07/2004 | 32 | NOTICE of intention to use 404(b) evidence by plaintiff USA filed (YMB) (Entered: 06/08/2004) |
| 06/09/2004 | 34 | NOTICE of Reciprocal Discovery by dft Daniel Lafitte Dumonde [pro se] filed cs [dft's addrs: PO Box |

-EXHIBIT FOR 07-02123-cv-JR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

USMS WARRANT #
0401-0504-0349-J
FID # 157653
BLL

| UNITED STATES OF AMERICA | } | |
| --- | --- | --- |
| v. | } | Case No. CR 04-B-176-S |
| DANIEL LAFFITE DUMONDE | } | |
| Defendant(s) | } | |

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Daniel Laffite Dumonde, state custody, Jefferson County Jail, Bham, AL,** and bring him or her forthwith to the nearest magistrate judge to answer a(n) **Indictment** charging him or her with:

SEE ATTACHED

PERRY D. MATHIS
Name of Issuing Officer

*[signature]* Berry
Signature of Issuing Officer    By: Deputy Clerk

Clerk, United States District Court
Title of Issuing Officer

May 3, 2004 - Birmingham, Alabama
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____<br>_____ Birmingham, AL _____ |

| DATE RECEIVED<br>05/04/04 | NAME AND TITLE OF EXECUTING OFFICER | SIGNATURE OF EXECUTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST<br>06/08/04 | ███████████ | ███████████ |

ALTERED FEDERAL ARREST WARRANT, (EXHIBIT)
EXHIBIT FOR 07-cv-02123-JR

## PROOF OF SERVICE

That I, Daniel L. DuMonde, PLAINTIFF in the above refernced civil action, do hereby Swear and affirm that I have caused true copy of "RECORD OF ILLEGAL AND ALTERED FEDERAL ARREST WARRANT" to be placed in the mail box of this Institution , correct U.S. postage Paid, and sddressed to the following Party(s):

U.S. ATTORNEY,
District of Columbia
501 3rd Street, N.W.
WASHINGTON, D.C.,  20001

PETER GEISLER/MICHAEL MuKASEY
OFFICE OF THE US ATTORNEY GENERAL
950 PENNSYLVANNIA AVE., N.W
WASHINGTON, D.C.,  20530

| | |
|---|---|
| HARLEY LAPPIN, DIRECTOR, BOP.<br>320 FIRST STREET., N.W.<br>WASHINGTON, D.C.,  20530 | SENATOR JEFF SESSIONS<br>335 S R O B<br>WASHINGTON, D.C., 20510 |
| SENATOR PATRICK J. LEAHY<br>Seante Judiciary committee<br>433 S H O B<br>WASHINGTON, D.C., 20510-4502 | REP. ARTUR DAVIS<br>208 C H O B<br>WASHINGTON, D.C. 20510 |

SO SWORN, AND DONE, THIS 26 DAY OF DECEMBER, 2007,

By- /s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
F.P.C. MAXWELL AFB, MONTGOMERY, AL.,36112

(PAGE FOUR)