Received Mail Room

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE,  *
           Plaintiff,  *
                      *
                      *
VS.                   *
                      *   CASE No. 07-02123-JR
THE CONGRESS OF THE UNITED-  *
STATES, Et.AL.,       *
           Defendants. *
_____/

### NOTICE OF APPEAL, AND NOTICE OF ULTRA VIRES ACT(S)

COMES THE PLAINTIFF, DANIEL L. DuMONDE, Sui Juris, citizen of ONE of the united States, et dejure, Without THE UNITED STATES, and GIVES NOTICE OF APPEAL in the above referenced civil action.

(1) That the District Court Judge, James Robertson, Jr. has committed several Ultra Vires Acts, most recent in the above case, by ILLEGALLY, UNLAWFULLY AND UNCONSTITUTIONALLY DISMISSING THE ABOVE CASE, While CONSPIRING With Defendants in the R.I.C.O. CASE No. 07-0715-JR, where Judge Robertson also ILLEGALLY DISMISSED STATE OF ALABAMA DEFENDANTS IN THAT CASE, AND HAS ILLEGALLY SOUGHT TO DISMISS THAT WHOLE CASE, and where Plaintiff has Requested JUDGE JAMES ROBERTSON'S RECUSAL, and where Judge Robertson HAS FAILED TO RECUSE HIMSELF, but also ILLEGALLY DISMISSED CASE No. 07-1830-JR-"DUMONDE V. REGION'S BANK, Et.AL..

(2) JUDGE JAMES ROBERTSON JR. HAS CRIMINALLY ACTED OUTSIDE THE SCOPE OF HIS DELAGATED AUTHORITY AND HIS JURISDICTION, AND ACTED

(PAGE ONE)

-AGAINST HIS OATH OF ARTICLE 6,cl3, BY <u>DENYING TO PLAINTIFF THE RIGHT TO PETITION THIS COURT FOR GRIEVANCES</u>.

(3) In the latest **ULTRA VIRES** ACT, Judge James Robertson, Jr. Has DENIED DUE PROCESS to Plaintiff, by <u>FALING TO EVEN NOTIFY THE PLAINTIFF OF HIS ILLEGAL DISMISSAL OF DEC.12</u>, but Plaintiff has had to learn his Complaint has Been Dismissed by common Mail from a friend who found out by <u>Pacer</u> in January,2008.

(4) PLAINTIFF ASSERTS THAT JUDGE JAMES ROBERTSON HAS, Inter Alia, <u>VIOLATED TITLE 18, §241,§242</u>, WHILE ACTING AS <u>PRINCIPAL TO KIDNAPPING</u> in violation of TITLE <u>18, §2, §1201</u>. These and other predicate acts of <u>OBSTRUCTION OF JUSTICE</u>, including intering into <u>SEDITIOUS CONSPIRACY</u>, to oppose by force to prevent, hinder and delay the <u>Enforcement of The Laws of The United States</u>, and in violation of <u>TILTE 18,§2384</u>.

ON THE ABOVE PREMISES CONSIDERED, YOUR PLAINTIFF GIVES NOTICE OF APPEAL, <u>at this time for Good Cause Shown</u>, and because of the Ultra Vires Acts Noted Above.

NOTICE GIVEN, THIS 5 DAY OF JANUARY,2008.

By-
/s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
F.P,C. MAXWELL AIR FORCE BASE, MONTGOMERY,AL.
-<u>ILLEGALLY HELD AMERICAN</u>.

(PAGE TWO)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DuMONDE,

    Plaintiff,

VS.

THE CONGRESS OF THE UNITED STATES, Et.AL.,

    DEFENDANTS.

CASE No. 07-02123-JR

RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL TO SUPREME COURT
## OF THIS COURT'S UNCONSTITUTIONAL AND ILLEGAL ORDER OF DISMISSAL

COMES THE PLAINTIFF, AND GIVES **NOTICE OF APPEAL** OF THE ABOVE REFERENCED CASE TO THE SUPREME COURT OF THE UNITED STATES.

**(1)** That this Court through District Court judge James Robertson, Jr., has committed illegal **ULTRA VIRES** ACT by Dismissing the above Complaint after Summonses were issued and sealed by the Clerk, and after same were sent to the Defendants via certified mail and commanded to answer, **and before Plaintiff could effect Proof of Service,** pursuant to **Rule 4 Fed. Rules of Civil Procedure,** and said Judge **Has acted KNOWING HE WAS WITHOUT AUTHORITY** to Order any such Dismissal.

(2) A COPY OF SAID ORDER OD **DEC.12, 2007,** CANNOT BE ATTACHED, AS JUDGE ROBERTSON HAS ALSO **INDUCED THE CLERK TO CONSPIRE IN DENYING OF DUE PROCESS** TO PLAINTIFF, AS **NO ORDER WAS RECEIVED, NOR SENT TO THE PLAINTIFF.** Instead, Plaintiff has had to learn by Private Party following this case by **PACER,** and His PACER-DOWNLOAD TEXT IS ATTACHED, INLIEU OF COPY OF ACTUAL ORDER.

(PAGE ONE)

<u>ISSUE OF NATIONAL IMPORTANCE</u>

(3) THIS CASE CONCERNED and CONCERNS –ISSUE OF NATIONAL IMPORTANCE–AND <u>PUBLIC CONCERN</u>, WHERE AN ILLEGAL FEDERAL TRIAL, No.<u>04-B-0176-S</u>, WAS CONDUCTED ON THE BASIS OF <u>FRAUD</u>, WHERE PLAINTIFF HAS BEEN <u>KIDNAPPED BY CORRUPT STATE OF ALABAMA COPS</u>, WHO MAUFACTURED THEIR OWN <u>FAKE-ARREST INSTRUMENTS WITHOUT ANY JUDICIAL AUTHORITY</u>, and The Courts of the UNITED STATES HAVE <u>SUSPENDED THE RIGHT TO HABEAS CORPUS</u> TO PLAINTIFF ON THESE FACTS, HENCE HIS <u>RIGHT TO PETITION CONGRESS TO OVERRULE THE BAD FEDERAL CASE FACTS</u> WHERE DE JURE CITIZEN HAS BEEN– <u>KIDNAPPED FROM HIS HOME BY PHONY PROCESS</u>, AND <u>REMAINS DEPRIVED OF LIBERTY</u>, IN VIOLATION OF THE FOURTH, FIFTH AND FOURTEETH AMENDMENTS.

ON THE ABOVE PREMISES CONSIDERED, YOUR PLAINTIFF GIVES –<u>NOTICE OF APPEAL OF THE ABOVE CASE TO THE SUPREME COURT</u>.

NOTICE GIVEN, THIS 4 DAY OF JANUARY, 2008,

By-

/s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

**(PAGE TWO)**

PROSE-PR, TYPE-F
U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:07-cv-02123-JR

DUMONDE v. CONGRESS OF THE UNITED STATES et al
Assigned to: Judge James Robertson
 Case:  1:07-cv-00715-JR
Cause: 42:1983 Prisoner Civil Rights
Date Filed: 11/19/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

Plaintiff
DANIEL LAFITTE DUMONDE     represented by     DANIEL LAFITTE DUMONDE
R 21609-001
MONTGOMERY
FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
Montgomery, AL 36112
PRO SE

V.
Defendant
CONGRESS OF THE UNITED STATES
Defendant
ARTUR DAVIS
Rep.
Defendant
DARLENE DREW
Warden
Defendant
JOHN KYL
U.S. Senator
Defendant
HARLEY LAPPIN
Director
Defendant
PATRICK J. LEAHY
Senator
Defendant
CHARLES SCHUMER
Senator
Defendant
JEFF SESSIONS
U.S. Senator
Defendant
ARLEN SPECTER
Senator
Defendant
PETER GEISLER
Acting U.S. Attorney General
Defendant
OFFICE OF THE ATTORNEY GENERAL

Date Filed

#

Docket Text
11/19/2007   1   COMPLAINT against JOHN KYL, HARLEY LAPPIN, PATRICK J. LEAHY, CHARLES SCHUMER, JEFF SESSIONS, ARLEN SPECTER, PETER GEISLER, OFFICE OF THE ATTORNEY GENERAL, CONGRESS OF THE UNITED STATES, ARTUR DAVIS, DARLENE DREW ( Filing fee $ 350, receipt number 4616008521) filed by DANIEL LAFITTE DUMONDE. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(lc, ) (Entered: 11/27/2007)
11/19/2007   2   NOTICE OF RELATED CASE by DANIEL LAFITTE DUMONDE. Case related to Case No. 07-0715 and 07-1830. (lc, ) (Entered: 11/27/2007)
11/19/2007       SUMMONS (13) Issued as to JOHN KYL, HARLEY LAPPIN, PATRICK J. LEAHY, CHARLES SCHUMER, JEFF SESSIONS, ARLEN SPECTER, PETER GEISLER, OFFICE OF THE ATTORNEY GENERAL, CONGRESS OF THE UNITED STATES, ARTUR DAVIS, DARLENE DREW, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 11/27/2007)
12/12/2007   3   MEMORANDUM. Signed by Judge James Robertson on December 12, 2007. (MT) (Entered: 12/12/2007)
12/12/2007   4   ORDER that the plaintiff's complaint 1 filed November 19, 2007 is dismissed. It is FURTHER ORDERED that the Clerk is to refuse to file and to return to plaintiff any further complaints he lodges in this court, if he attempts to file them without a motion for leave to file, which motion will be referred to the undersigned judge for action. Signed by Judge James Robertson on December 12, 2007. (MT) (Entered: 12/12/2007)

2