COPY JUDGE JAMES ROBERTSON

JANUARY 11, 2008

**RECEIVED**

JAN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DuMONDE
#21609-001, MOBILE-B
FPC MAXWELL A.F.B.
MONTGOMERY, AL., 36112

SEANTOR JEFF SESSIONS
US SENATE JUDICIARY COMMITTEE
335 S R O B
WASHINGTON, D.C., 20510-0104

1/23/08
Leave to file granted
Robertson
USDJ

RE: 07-02123 "DuMONDE V. CONGRESS"
§Judicial Misconduct/Disability
§Seperation of Powers

DEAR SENATOR SESSIONS

   Having been served with process in the above referenced civil action, you must certainly be aware of my outrageous ordeal. Suffice to say, if the Jurists of the Federal Courts had heard my duly filed Complaint in the first place, I would not have had to come to Congress seeking Assistance. The Above complaint was brought to Congress-and yourself-only after **SEVEN** Writs of Habeas Corpus have gone seditiously Unheard, and that Right Suspended to me like some terrorist held at Guantanamo Bay.

   Now Sir, the above Complaint insists that you have **Duty by your OATH** to uphold the Constitution, and as that Complaint also, has gone Seditiously-Dismissed by Judge James Robertson,Jr., before you and Congress, who were commanded to answer by legal process, could answer, I submit that Judge Robertson has committed an Ultra Vires Act, subverting The Seperation of Powers Doctrine.

(PAGE ONE)

Senator Sessions, it remains very unclear just how the Judicial branch of Government, in this case, could **Prevent the Congress from Hearing a Duly filed Complaint addressed to the Congress**.

I submit sir, that this Ultra Vires Act is a serious Judicial-Disability/Misconduct Issue, where Judge **Robertson** has **USURPED-CONGRESSIONAL AUTHORITY**, clearly having no Jurisdiction to do so.

I Therefore have filed written Ojections, and **GIVE NOTICE OF (RE)-FILING DIRECTLY TO THE CONGRESS**, sans the Judicial System, as per my Right. I include Copy of those Objections to You.

Sir, as a citizen of the State of Alabama, it is very incumbent on you personally and in particular to assist and investigate my very serious Malfeasance Issues, issues that are indeed of **Public Concern** and **National Importance**, for which **-Proofs Positive** Exist, and for which involve **Criminal Acts by Alabama Authorities**.

I trust you may finally have attention to my facts, for which I shall not acquiese.

                        RESPECTFULLY,

                      /s/ *[signature]*
                      DANIEL   L.   DuMONDE,   AMERICAN
                      -**KIDNAPPED UNDER COLOR OF LAW-IN AMERICA!**

**(PAGE TWO)**