UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL L. DuMONDE )<br>R 21609-001 )<br>MONTGOMERY F.P.C. )<br>Montgomery, Alabama 36112 )<br> )<br>           Plaintiff )<br>     v. )<br> )<br>THE CONGRESS OF THE )<br>UNITED STATES, et al. )<br> )<br>           Defendant. )<br> ) | Civil Action No.: 07-2123 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Daniel L. DuMonde**, by mail postage pre-paid and addressed as follows:

**DANIEL LAFITTE DuMONDE**
R 21609-001
MONTGOMERY
FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
Montgomery, AL 36112
PRO SE

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov