# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5008**  **September Term 2007**

07cv02123

Filed On: April 10, 2008 [1110257]

Daniel Lafitte Dumonde,

    Appellant

v.

Congress of the United States, et al.,

    Appellees

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on March 31, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Elizabeth V. Scott
Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis