UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,             :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 07-2123 (JR)
                               :
CONGRESS OF THE UNITED STATES, :
*et al.*,                      :
                               :
        Defendants.            :

**ORDER**

Upon consideration of plaintiff's motion for leave to appeal *in forma pauperis*, which was referred to this court for resolution in the first instance, and for reasons more fully set forth in this court's memorandum of December 12, 2007 (docket number 3), it is **ORDERED** that the motion is denied. This is a frivolous, harassing case. The appeal is not taken in good faith.

                                        JAMES ROBERTSON
                                   United States District Judge