# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5008**  **September Term 2007**

07cv02123

Filed On: June 3, 2008 [1119528]

Daniel Lafitte Dumonde,

    Appellant

    v.

Congress of the United States, et al.,

    Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

## ORDER

By order filed April 22, 2008, appellant was directed to file his motion to proceed in forma pauperis with this court, by May 22, 2008. The order was sent to appellant by warden letter. The mail was returned to this court on May 5, 2008, and marked "Return to Sender". Verifying appellant's address on the BOP Locator, it listed that the appellant has "Escaped". Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 18, 2008.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

            BY: /s/
                 Elizabeth V. Scott
                 Deputy Clerk

A True Copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk